IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEFFREY JEROME WALKER,**

   *Petitioner*,

v.                                        Case No.: 4:21cv412-MW/MJF

**FLORIDA COMMISSION ON
OFFENDER REVIEW,**

   *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Petitioner has filed a notice of consent to the report and recommendation and notes that there is no constitutional detention being challenged. ECF No. 23. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 22, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's second amended petition for writ of habeas corpus, ECF No. 12, is **DENIED**. A certificate

of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 3, 2023.**

s/Mark E. Walker          
**Chief United States District Judge**
